IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EZEQUIEL REYNA, JR., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 08-3753 |
| § | |
| MATTHEW T. GRAFF, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

Jerry M. Young and Coats|Rose have moved to withdraw as counsel for the defendants. The motion to withdraw is granted. (Docket Entry No. 10).

A suggestion of bankruptcy has been filed for the individual defendant, Matthew T. Graff. A voluntary bankruptcy proceeding has been filed under chapter 7 in the District of Utah under Case No. 09-26115WTT. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). The case is stayed as to the individual defendant.

No stay is entered as to the nondebtor defendant. This defendant, Matthew Graff & Associates, is a corporate entity, which may not proceed *pro se*. This court orders Matthew Graff & Associates to appoint new counsel, who will file a Notice of Appearance with this court no later than **September 25, 2009**. If this defendant fails to do so, it may face judgment by default.

A new scheduling order will be entered if appropriate after the deadline for new counsel to appear for Matthew Graff & Associates.

SIGNED on August 18, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge