IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EZEQUIEL REYNA, JR., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 08-3753 |
| § | |
| MATTHEW T. GRAFF, *et al.*, § | |
| § | |
| Defendants. § | |

ORDER GRANTING PLAINTIFFS'
APPLICATION FOR DEFAULT JUDGMENT

The plaintiffs, Ezequiel Reyna, Jr. and The Law Firm of Ezequiel Reyna, Jr., moved for default judgment under Federal Rule of Civil Procedure 55(b). Default was entered based on the failure to answer, respond to discovery, or obey the orders of this court, even after notice that such continued conduct would result in default and default judgment. The plaintiffs have now submitted evidence to support their claim for damages. Based on the plaintiffs' submissions, the record, and the applicable law, the application for default judgment is granted.

The defendant Matthew T. Graff & Associates is liable to the plaintiffs in the amount of $600,000.

SIGNED on September 16, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge